# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DANIEL KING,

                Petitioner

        v.

RIVERWATCH CONDOMINIUM
OWNER'S ASSOCIATION,

                Respondent

: No. 739 MAL 2016
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

    The Application for Relief Pursuant to Pa.R.A.P. 123, filed by Riverwatch Condominium Owners Association, is **DISMISSED WITHOUT PREJUDICE**. *See King v. Delaware County Court of Common Pleas Judge*, 2 MM 2017 (order dated February 28, 2017) (issuing a rule on Petitioners "to show cause why they should not be barred from submitting any further filings in this Court relative to the civil action involving Riverwatch Condominium Owners Association, including any related orders concerning the awards of costs, as well as directives barring Thomas P. Gannon, Esquire, from representing Daniel King.").